UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHERI SPEER,<br>      Plaintiff, | CASE NO. |
| vs. | DECEMBER 10, 2025 |
| CARRINGTON MORTGAGE SERVICES, LLC; TRANSUNION LLC; EQUIFAX, INC.; and EXPERIAN INFORMATION SOLUTIONS, INC.;<br>      Defendants. | |

## TRANS UNION LLC'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Trans Union, LLC ("Trans Union") hereby removes the subject action from the State of Connecticut, New London County, Superior Court, Small Claims, to the United States District Court, District of Connecticut (Hartford), on the following grounds:

1.    Plaintiff Sheri Speer served Trans Union on or about December 1, 2025, with a Small Claims Writ and Notice of Suit filed in the State of Connecticut, New London County, Superior Court, Small Claims. Copies of the Small Claims Writ and Notice of Suit are attached hereto, redacted pursuant to Federal Rule of Civil Procedure 5.2, as **Exhibit A**.

2.    Plaintiff makes claims under the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq.* (the "FCRA"), alleges that Trans Union violated the FCRA, and alleges that Trans Union is liable under the FCRA. *See generally* Complaint.

3.    This Court has original jurisdiction over the subject action pursuant to 28 U.S.C. § 1331 since there is a federal question. As alleged, this suit falls within the FCRA, which thus supplies this federal question.

4.  Pursuant to 28 U.S.C. § 1441, et seq., this cause may be removed from the State of Connecticut, New London County, Superior Court, Small Claims, to the United States District Court for the District of Connecticut (Hartford).

5.  Counsel for Trans Union has confirmed with the Clerk of the State of Connecticut, New London County, Superior Court, Small Claims that they have no document or file suggesting any other Defendant has been served. To the best of Trans Union's knowledge, no other named Defendant in this matter has been served as of the date and time of this Notice Of Removal.

6.  Notice of this removal will promptly be filed with the State of Connecticut, New London County, Superior Court, Small Claims, and served upon all adverse parties.

WHEREFORE, Defendant Trans Union LLC, by counsel, removes the subject action from the State of Connecticut, New London County, Superior Court, Small Claims, to this United States District Court for the District of Connecticut (Hartford).

Respectfully submitted,

/s/
Timothy J. Lee, Esq. (CT 15118)
Fasano, Ippolito, Lee & Florentine, LLC
107 Montowese Street
Branford, CT 06405
Telephone: (203) 787-6555
Fax: (203) 776-2119
E-Mail: tlee@fillaw.com

*Local Counsel for Defendant Trans Union LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **10th day of December, 2025**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| Done. | |
|---|---|

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **10th day of December, 2025**, properly addressed as follows:

| **Pro Se Plaintiff** <br> Sheri Speer <br> 151 Talman St. <br> Norwich, CT 06360 | |
|---|---|

/s/_____
Timothy J. Lee, Esq. (CT 15118)
Fasano, Ippolito, Lee & Florentine, LLC
107 Montowese Street
Branford, CT  06405
Telephone:  (203) 787-6555
Fax:  (203) 776-2119
E-Mail:  tlee@fillaw.com

*Counsel for Defendant Trans Union LLC*