UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHERI SPEER,<br>       Plaintiff,<br><br>vs.<br><br>CARRINGTON MORTGAGE SERVICES, LLC; TRANSUNION LLC; EQUIFAX, INC.; and EXPERIAN INFORMATION SOLUTIONS, INC.;<br>       Defendants. | CASE NO. 3:25-cv-02060 |

**AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE OF CONNOR L. TRAPP**

Connor L. Trapp, being duly sworn, deposes and says:

1. I am an attorney with the law firm of Quilling, Selander, Lownds, Winslett & Moser, P.C., 10333 N. Meridian St., Suite 200, Indianapolis, IN 46290. My contact information and e-mail address are as follows: Telephone: (317) 497-5600, Ext. 606; Fax: (317) 899-9348; E-Mail: ctrapp@qslwm.com. I make this affidavit pursuant to Local Rule 83.1(d) of the Local Rules of Civil Procedure of the United States District Court for the District of Connecticut, in support of an application to be admitted as a visiting lawyer in the above-titled action.

2. I am admitted to practice, and am in good standing, before the State Bar of Indiana (10/09/2024), United States District Court for the Southern District of Indiana (11/15/2024), the Northern District of Indiana (12/06/2024), the District Court of Colorado (06/10/2025) and the Western District of Michigan (06/24/2025). Mr. Trapp's Indiana bar identification number is 39047-30. No other bar numbers have been assigned to Mr. Trapp.

3.  I have no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.

4.  I have not been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

5.  I have fully reviewed and am familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

6.  Timothy J. Lee, Esq. of the law firm of Fasano, Ippolito & Lee, LLC, whose address is 107 Montowere St., Brandford, Connecticut 06405, is my sponsoring attorney and will serve as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising of out my admission.

*(signature)*

Connor L. Trapp, Esq.
Quilling, Selander, Lownds, Winslett &
  Moser, P.C.
10333 N. Meridian St., Suite 200
Indianapolis, IN 46290
Telephone:  317-497-5600, Ext. 606
Fax: 317-899-9348
E-Mail: ctrapp@qslwm.com

STATE OF INDIANA      )
                      ) SS:
COUNTY OF HAMILTON    )

      Before me, a Notary Public in and for said County and State, personally appeared Connor L. Trapp, who acknowledged the execution of the foregoing Affidavit and who, having been duly sworn, stated that any representations therein contained are true to the best of his knowledge, information and belief, this 16th day of December, 2025.



_____
Notary Public

Michele E. Pate
Printed Name of Notary
Residing in Hendricks County, Indiana

My Commission Expires:

August 28, 2032

# SUPREME COURT OF
# THE STATE OF INDIANA



## Certification

**STATE OF INDIANA:**

I, Bradley W. Skolnik, Executive Director of the Office of Admissions and Continuing Legal Education, do hereby certify that

### CONNOR LEE TRAPP

is a member of the bar of the Supreme Court of Indiana since admission on _____October 9, 2024_____, and is in good standing therein.

Given under my hand and the seal of said Court at Indianapolis, Indiana, this 16th day of December, 2025.



Bradley W. Skolnik
Executive Director
Office of Admissions and Continuing Education
Indiana Supreme Court