UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

---

| SHERI SPEER | : | |
| --- | --- | --- |
| | : | Civil Action no.: 3:25-cv-02060-KAD |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| CARRINGTON MORTGAGE SERVICES, LLC, et al | : | |
| | : | |
| | : | FEBRUARY 14, 2026 |
| Defendant. | : | |

---

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT CARRINGTON MORTGAGE SERVICES, LLC

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Carrington Mortgage Services, LLC ("Carrington") makes the following disclosure:

Carrington Mortgage Services, LLC is a Delaware limited liability company. Carrington Mortgage Services, LLC's members are Carrington Holding Company, LLC and Carrington Investment Partners, L.P. Carrington Holding Company, LLC is a Delaware limited liability company, whose sole member is The Carrington Companies, LLC. Carrington Investment Partners, L.P. is a Delaware limited partnership, whose general partner is Carrington Capital Management, LLC.

Carrington Capital Management, LLC is a Delaware limited liability company, whose members are Carrington Holding Company, LLC and a private individual. The Carrington Companies, LLC is a Delaware limited liability company. There are no publicly held corporations holding stock in the amount of 10% or more in The Carrington Companies, LLC.

Dated: Farmington, CT
       February 14, 2026

                                B y :   */s/Jeffrey M. Knickerboccker*
                                        Jeffrey Knickerbocker (CT 23771)
                                        BROCK & SCOTT, PLLC
                                        *Counsel for Carrington Mortgage Services, LLC*
                                        250 Farmington Ave,
                                        Ste 151
                                        Farmington, CT  06032
                                        Telephone: 860-474-8939
                                        E-mail:  jeffrey.knickerbockerf@brockandscott.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2026, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Pro Se Plaintiff
Sheri Speer
151 Talman St.
Norwich, CT 06360
Email: speercommercial@gmail.com

/s/*Jeffrey M. Knickerbocker*
Jeffrey M. Knickerbocker