UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

SHERI SPEER

CASE #: 3:25-cv-02060-KAD

vs

CARRINGTON MORTGAGE SERVICES, ET AL

JANUARY 27, 2026

## OPPOSITION TO MOTION TO DISMISS

Plaintiff Sheri Speer, hereby objects to the Removing Defendant's Motion to Dismiss (ECF 15) on the grounds that (a) this started as a Connecticut small claims action using a small claims form; (b) the Rules do not require repleaing; and (c) to any extent the Court believes the case should be dismissed under Rule 12(b)(6), amendment should be allowed.

### I. Relevant Facts and Travel

Removing Defendant TransUnion, LLC took a perfectly simple, expedited small claims matter, converting it into a reticulated, full blown Federal Dispute that promises to take more than twenty (20) times the resources and many years beyond what it would have taken to proceed in small claims. The remaining parties appear to be confused as to where this matter now predurally lives. See Docket Sheet, Small Claims attached as Exhibit A.

This dispute centrally involves failure to comply with a Federal Settlement in addition to incorrectly reporting mortgage information that has led to claims among the Defendants sounding in Fair Debt Collections Practices Act, Real Estate Settlement Procedures Act and Fair Credit Reporting Act violations. The Court must take as true that

the mortgage information reported by Defendants is false, was not properly investigated and continues to be reported and misreprented falsely.

The matter was commenced as a Small Claims Action under Chapter 24 of the Practice Book, the first section (§24-1) stating in relevant part, "The general purpose of these rules is to secure the prompt and inexpensive hearing and determination of small claims by simplified proce-dure designed to allow the public maximum access to and use of the court in connection with such claims..." The Complaints in those matters are limited to less than a quarter page using JD-CV-40, a form prescribed by the Chief Court Administrator for small claims actions. The form's contents also reference conduct earlier complained of in Speer v TransUnion, et al 23-1573 (JAM).

This case is an intentional, collateral attack on the expedited, efficiency oriented Pleadinga and Procedural Rules of Small Claims that should not be permitted under rule 12(b).

## II. Law and Argument

Fed. R Civ Pro 81(c)(2) states, "(2) *Further Pleading.* After removal, repleading is unnecessary unless the court orders it. A defendant who did not answer before removal must answer or present other defenses or objections under these rules within the longest of these periods: (A) 21 days after receiving—through service or otherwise—a copy of the initial pleading stating the claim for relief; (B) 21 days after being served with the summons for an initial pleading on file at the time of service; or (C) 7 days after the notice of removal is filed."

When a plaintiff proceeds pro se, the Court construes the complaint "liberally," *Harris v. Mills*, 572 F. 3d 66, 72 (2d Cir. 2009), and interprets the complaint's allegations to raise the "strongest arguments that they suggest," *Triestman v. Fed. Bureau of Prisons*, 470 F. 3d 471, 474 (2d Cir. 2006) (quotation omitted). In reviewing a motion to dismiss, the Court "accept[s] all factual allegations as true, and draw[s] all reasonable inferences in the plaintiff's favor." *Austin v. Town of Farmington*, 826 F.3d 622, 625 (2d Cir. 2016). This requires the Court to take those matters are limited to less than a quarter page using JD-CV-40, a form prescribed by the Chief Court Administrator for small claims actions, and assume for the purposes of Rule 81 that the immediate task at hand otherwise done per Rule 8 to be accomplished.

### III. Conclusion

The motion to dismiss should be denied. Alternatively, the Court should allow leave to amend.

THE PLAINTIFF,

_____
Sheri Speer
151 Talman Street
Norwich, CT 06360

Dated this 27th day of January at Norwich, Connecticut

CERTIFICATE OF SERVICE

I, Sheri Speer, hereby certify that a copy of the foregoing was transmitted to Counsel of Record as follows:

_____
Sheri Speer

Connor L. Trapp, Esq. (phv208332)
(admitted Pro Hac Vice)
Quilling, Selander, Lownds, Winslett & Moser, P.C.
10333 N. Meridian St., Suite 200
Indianapolis, IN 46290
Telephone: 317-497-5600, Ext. 606
Fax: 317-899-9348
E-Mail: ctrapp@qslwm.com


Timothy J. Lee
Fasano Ippolito Lee & Florentine
107 Montowese Street
Branford, CT 06405
203-787-6555
Fax: 203-776-2119
Email: tlee@fillaw.com

# EXHIBIT A




# State of Connecticut Judicial Branch
## Superior Court Case Look-up

| | | | | |
|---|---|---|---|---|
| **Superior Court Case Look-up** | **KNL-CV25-6079809-S** | SPEER, SHERI v. CARRINGTON MORTGAGE SERVICES, LLC Et Al | | |
| Civil/Family | **Prefix:** SMC | **Case Type:** S90 | **File Date:** 12/19/2025 | **Answer Date:** 01/09/2026 |
| Housing | | | | |
| Small Claims | Case Detail   Notices   History   Scheduled Court Dates   E-Services Login   Screen Section Help ▶ | | | |

Attorney/Firm Juris Number Look-up

To receive an email when there is activity on this case, click here.

**Case Look-up**
 By Party Name
 By Docket Number
 By Attorney/Firm Juris Number
 By Property Address

Information Updated as of: 01/26/2026

### Case Information

**Case Type:** S90 - Small Claims - Small Claims - All Other
**Court Location:** NEW LONDON JD
**List Type:** No List Type
**Trial List Claim:**
**Last Action Date:** 01/09/2026 (The "last action date" is the date the information was entered in the system)
**Amount Claimed:** $5,000.00

**Short Calendar Look-up**
 By Court Location
 By Attorney/Firm Juris Number
 Motion to Seal or Close
 Calendar Notices

**Court Events Look-up**
 By Date
 By Docket Number
 By Attorney/Firm Juris Number

### Disposition Information

**Disposition Date:** 01/09/2026
**Disposition:** REMOVED TO FEDERAL DISTRICT COURT
**Disposition By:** BY THE COURT

**Legal Notices**

**Pending Foreclosure Sales**

**Understanding Display of Case Information**

**Contact Us**

### Party & Appearance Information

| Party | Party Details | | No Fee Party | Category |
|---|---|---|---|---|
| P-01 | **SHERI SPEER**<br>151 TALMAN STREET<br>NORWICH, CT 06360 | File Date: 12/19/2025 | | Plaintiff |
| D-01 | **CARRINGTON MORTGAGE SERVICES, LLC**<br>**Attorney:** BROCK AND SCOTT PLLC (439942)<br>270 FARMINGTON AVENUE<br>SUITE 151<br>FARMINGTON, CT 06032 | File Date: 01/08/2026 | | Defendant |
| D-02 | **TRANSUNION, LLC**<br>AGENT CORPORATION SERVICE COMPANY FL<br>225 ASYLUM STREET FL 20<br>HARTFORD, CT 06103 | File Date: 12/19/2025 | | Defendant |
| | **Attorney:** FASANO IPPOLITO LEE & FLORENTINE LLC (106128) File Date: 01/09/2026<br>107 MONTOWESE STREET<br>BRANFORD, CT 06405 | | | |
| D-03 | **EQUIFAX, INC.**<br>C/O NADIA REYNAGA-MORENO MAIL DROP H-42<br>1550 PEACHTREE ST NW<br>ATLANTA, GA 30309 | File Date: 12/19/2025 | | Defendant |
| D-04 | **EXPERIAN INFORMATION SOLUTIONS, INC.**<br>LISA WALLACE, SR, LITIGATION ANALYST<br>701 EXPERIAN PKWY<br>ALLEN, TX 75013 | File Date: 12/19/2025 | | Defendant |



**Comments**

**Viewing Documents on Civil, Housing and Small Claims Cases:**

If there is an 🗎 in front of the docket number at the top of this page, then the file is electronic (paperless).

- Documents, court orders and judicial notices in electronic (paperless) civil, housing and small claims cases with a return date on or after January 1, 2014 are available publicly over the internet.* For more information on what you can view in all cases, view the Electronic Access to Court Documents Quick Card.

- For civil cases filed prior to 2014, court orders and judicial notices that are electronic are available publicly over the internet. Orders can be viewed by selecting the link to the order from the list below. Notices can be viewed by clicking the **Notices** tab above and selecting the link.*

- Documents, court orders and judicial notices in an electronic (paperless) file can be viewed at any judicial district courthouse during normal business hours.*

- Pleadings or other documents that are not electronic (paperless) can be viewed only during normal business hours at the Clerk's Office in the Judicial District where the case is located.*
- An Affidavit of Debt is not available publicly over the internet on small claims cases filed before October 16, 2017.*

*Any documents protected by law Or by court order that are Not open to the public cannot be viewed by the public online And can only be viewed in person at the clerk's office where the file is located by those authorized by law or court order to see them.

| Motions / Pleadings / Documents / Case Status | | | | |
|---|---|---|---|---|
| Entry No | File Date | Filed By | Description | Arguable |
| | 01/08/2026 | D | APPEARANCE<br>Appearance | |
| | 01/08/2026 | | APPEARANCE<br>EQUIFAX INC. | |
| | 01/09/2026 | D | APPEARANCE<br>Appearance | |
| 100.30 | 12/19/2025 | P | SMALL CLAIMS WRIT AND NOTICE OF SUIT, JD-CV-40 | No |
| 100.31 | 12/19/2025 | P | SMALL CLAIMS RETURN / STATEMENT OF SERVICE | No |
| 100.32 | 12/19/2025 | P | CONTINUATION OF PARTIES | No |
| 101.00 | 01/02/2026 | D | ANSWER - SMALL CLAIMS<br>D-04 ANSWER<br>Last Updated: Additional Description - 01/02/2026 | No |
| 102.00 | 01/08/2026 | D | ANSWER AND COUNTERCLAIM - SMALL CLAIMS | No |
| 103.00 | 01/08/2026 | D | ANSWER - SMALL CLAIMS<br>EQUIFAX INC. | No |
| 104.00 | 01/09/2026 | D | NOTICE OF REMOVAL TO FEDERAL DISTRICT COURT | No |
| 105.00 | 01/09/2026 | C | REMOVED TO FEDERAL DISTRICT COURT<br>RESULT: BY THE COURT | No |

| Scheduled Court Dates as of 01/23/2026 | | | |
|---|---|---|---|
| KNL-CV25-6079809-S - SPEER, SHERI v. CARRINGTON MORTGAGE SERVICES, LLC Et Al | | | |
| # | Date | Time | Event Description | Status |
| 1 | 04/22/2026 | 2:00PM | Remote Settlement Conference | Off |

Judicial ADR events may be heard in a court that is different from the court where the case is filed. To check location information about an ADR event, select the **Notices** tab on the top of the case detail page.

Matters that appear on the Short Calendar are shown as scheduled court events on this page. The date displayed on this page is the date of the calendar.

The status of a Short Calendar matter is not displayed because it is determined by markings made by the parties as required by the calendar notices and the civil standing orders. Markings made electronically can be viewed by those who have electronic access through the Markings History link on the Civil/Family Menu in E-Services. Markings made by telephone can only be obtained through the clerk's office. If more than one motion is on a single short calendar, the calendar will be listed once on this page. You can see more information on matters appearing on Short Calendars by going to the Civil/Family Case Look-Up page and Short Calendars By Juris Numbers or By Court Location.

Periodic changes to terminology that do not affect the status of the case may be made.

This list does not constitute or replace official notice of scheduled court events.

**Disclaimer:** For civil and family cases statewide, case information is displayed and is available for inquiry on this website for a period of time, one year to a maximum period of ten years, after the disposition date. To the extent that Connecticut Practice Book Sections 7-10 and 7-11 provide for a shorter period of time, this information will be displayed for the shorter period.

In accordance with the Federal Violence Against Women Act of 2005, cases involving relief from physical abuse (restraining orders), civil protection orders, foreign protective orders, and motions that would be likely to publicly reveal the identity or location of a protected party may not be displayed and may be available only at the courts.

Pursuant to section 47a-26j of the Connecticut General Statutes, certain eviction cases will be removed from

this website 30 days after disposition or final activity of the case.

Attorneys | Case Look-up | Courts | Directories | EducationalResources | E-Services | FAQ's | Juror Information | News & Updates | Opinions | Opportunities | Self-Help | Home

Common Legal Terms | Contact Us | Site Map | Website Policies

Copyright © 2026, State of Connecticut Judicial Branch

Page Created on 1/26/2026 at 5:57:36 PM

Sheri Speer
151 Talman Street
Norwich CT
06360

US District Court Clerk
District of Connecticut
Brian McMahon Federal Building
915 Lafayette Blvd.
Bridgeport CT 06604